

# Fourth Court of Appeals

## San Antonio, Texas

February 26, 2020

No. 04-19-00234-CV

Johnathan David **RICE** and Diana Rice,
Appellants

v.

**LEWIS ENERGY GROUP, L.P.**; Lewis Petro Properties, Inc.; Lewis Resource Management, LLC; Segundo Navarro Drilling, Ltd.; and Tercero Navarro, Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08936
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The Appellants' Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until March 3, 2020.

It is so **ORDERED** on February 26, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT